**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 18, 2024

Mr. John I. Harris III
Schulman, LeRoy & Bennett
3310 West End Avenue
Suite 460
Nashville, TN 37203

Mr. Christopher C. Hayden
Sellers, Craig, and Hayden
P.O. Box 10547
45 Murray Guard Drive
Jackson, TN 38308

Mr. Brett Robert Nolan
Institute for Free Speech
1150 Connecticut Avenue, N.W.
Suite 801
Washington, DC 20036

Re: Case No. 24-5056*, Moms For Liberty - Wilson County, TN, et al v. Wilson County, TN Board of Education, et al*
Originating Case No. 3:23-cv-00211

Dear Counsel,

This appeal has been docketed as case number **24-5056** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **February 1, 2024**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
- Appearance of Counsel
- Civil Appeal Statement of Parties & Issues
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
- Appearance of Counsel
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 24-5056**

MOMS FOR LIBERTY - WILSON COUNTY, TN; ROBIN LEMONS; AMANDA DUNAGAN-PRICE

Plaintiffs - Appellants

v.

WILSON COUNTY, TN BOARD OF EDUCATION, also known as Wilson County Schools; JAMIE FAROUGH, individually and in her official capacity as a member and Chairman of the Wilson County Board of Education; KIMBERLY MCGEE, in her official capacity as a member and Vice Chairman of the Wilson County Board of Education; MELISSA LYNN, in her official capacity as a member of the Wilson County Board of Education; BETH MEYERS, in her official capacity as a member of the Wilson County Board of Education; JOSEPH PADILLA, in his official capacity as a member of the Wilson County Board of Education; CARRIE PFEIFFER, in her official capacity as a member of the Wilson County Board of Education; LARRY TOMLINSON, in his official capacity as a member of the Wilson County Board of Education

Defendants - Appellees